**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, a New York company; MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MATT GODDEN, an individual; HARLEY FRANCO, an individual; HMS PARTNERS, LLC, a Washington company,<br><br>Defendants. | No. 2:21-cv-01244-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO MOTION FOR SUMMARY JUDGMENT** |

## ORDER

Based on the Parties' Stipulated Motion to Extend Deadlines, the Court grants and orders as follows:

| Activity | Current Deadline | New Deadline |
|---|---|---|
| Response to Motion for Summary Judgment: | July 5, 2022 | August 2, 2022 |
| Reply to Motion for Summary Judgment: | July 19, 2022 | August 16, 2022 |

//

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO MOTION FOR SUMMARY JUDGMENT – 1
Cause No.: 2:21-cv-01244-BJR

3261754 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

IT IS SO ORDERED.

DATED this 5th day of July, 2022.

*Barbara J. Rothstein* (signature)
Barbara Jacobs Rothstein
U.S. District Court Judge

FORSBERG & UMLAUF, P.S.

*s/Sally A. Clements*
Ryan J. Hesselgesser, WSBA #40720
Sally A. Clements, WSBA #54502
*Attorneys for Plaintiff Capitol Specialty Insurance Corporation*

WILSON SMITH COCHRAN DICKERSON

*s/Lisa Neal*
Mr. John M. Silk, WSBA #15035
Ms. Lisa C. Neal, WSBA #25686
*Attorneys for Markel American Insurance Company*

KAUFMAN BORGEEST & RYAN LLP

*s/Richard R. Johnson*
Mr. Michael F. Perlis
Mr. Richard R. Johnson
*Attorneys for Markel American Insurance Company*

PERKINS COIE, LLP

*s/Joseph E. Bringman*
Mr. Ronald Berenstain, WSBA #7573
Mr. Sean C. Knowles, WSBA #39893
Mr. Joseph E. Bringman, WSBA #15236
*Attorneys for Matt Godden*

MARINO, TORTORELLA & BOYLE, P.C.

*s/John D. Tortorella*
Mr. Kevin H. Marino

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO MOTION FOR SUMMARY JUDGMENT – 2
Cause No.: 2:21-cv-01244-BJR

3261754 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

1  Mr. John D. Tortorella
   Mr. John A. Boyle
2  *Attorneys for Matt Godden*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO
MOTION FOR SUMMARY JUDGMENT – 3
Cause No.: 2:21-cv-01244-BJR

3261754 / 734.0001

**Forsberg & Umlauf, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX