**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, a New York company; MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MATT GODDEN, an individual; HARLEY FRANCO, an individual; HMS PARTNERS, LLC, a Washington company,<br><br>Defendants. | No. 2:21-cv-01244-BJR<br><br>**ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DEADLINES TO MOTION FOR SUMMARY JUDGMENT** |

### ORDER

Based on the Parties' Stipulated Motion to Extend Deadlines, the Court grants and orders as follows:

| Activity | Current Deadline | New Deadline |
|---|---|---|
| Reply to Motion for Summary Judgment: | August 16, 2022 | September 2, 2022 |

//

//

ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DEADLINES TO MOTION FOR SUMMARY JUDGMENT – 1
Cause No.:  2:21-cv-01244-BJR

3284072 / 734.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this 10th day of August, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

FORSBERG & UMLAUF, P.S.

*s/Sally A. Clements*
Ryan J. Hesselgesser, WSBA #40720
Sally A. Clements, WSBA #54502
*Attorneys for Plaintiff Atlantic Specialty Insurance Company*

WILSON SMITH COCHRAN DICKERSON

*s/Lisa C. Neal*
Mr. John M. Silk, WSBA #15035
Ms. Lisa C. Neal, WSBA #25686
*Attorneys for Markel American Insurance Company*

KAUFMAN BORGEEST & RYAN LLP

*s/Richard R. Johnson*
Mr. Michael F. Perlis
Mr. Richard R. Johnson
*Attorneys for Markel American Insurance Company*

PERKINS COIE, LLP

*s/Joseph E. Bringman*
Mr. Ronald Berenstain, WSBA #7573
Mr. Sean C. Knowles, WSBA #39893
Mr. Joseph E. Bringman, WSBA #15236
*Attorneys for Matt Godden*

MARINO, TORTORELLA & BOYLE, P.C.

*s/Kevin H. Marino*
Mr. Kevin H. Marino
Mr. John D. Tortorella
Mr. John A. Boyle
*Attorneys for Matt Godden*

ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND
DEADLINES TO MOTION FOR SUMMARY JUDGMENT – 2
Cause No.:  2:21-cv-01244-BJR

3284072 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX