Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, a New York company; MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MATT GODDEN, an individual; HARLEY FRANCO, an individual; HMS PARTNERS, LLC, a Washington company,<br><br>Defendants. | No. 2:21-cv-01244-BJR<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that all parties have reached a settlement in this matter. All claims by any party each against the other have been resolved. Any pending motions or other hearings in this matter may be stricken from the Court calendar. The parties are in the process of fully executing the settlement documents and once executed, will file a stipulation to dismiss this matter.

/ / /

/ / /

/ / /

NOTICE OF SETTLEMENT – 1
Cause No.:  2:21-cv-01244-BJR

3311678 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this 15th day of September 2022.

FORSBERG & UMLAUF, P.S.

*s/Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
Attorneys for Plaintiff Atlantic Specialty Insurance Company

DATED this 15th day of September 2022.

WILSON SMITH COCHERN DICKERSON

*s/Lisa C. Neal*
Lisa C. Neal, WSBA #25686
John M. Silk, WSBA #15035
Attorneys for Plaintiff Markel American Insurance Company

DATED this 15th day of September 2022.

KAUFMAN BORGEEST & RYAN LLP

*s/Michael F. Perlis*
Richard R. Johnson
Michael F. Perlis
Attorneys for Markel American Insurance

DATED this 15th day of September 2022.

PERKINS COIE, LLP

*s/Joseph E. Bringman*
Ronald Berenstain, WSBA #7573
Sean C. Knowles, WSBA #39893
Joseph E. Bringman, WSBA #15236
Attorneys for Defendant Matt Godden

DATED this 15th day of September 2022.

MARINO, TOTORELLA & BOYLE, P.C.

*s/John D. Tortorella*
Kevin H. Marino
John D. Tortorella
John A. Boyle
Attorneys for Defendant Matt Godden

NOTICE OF SETTLEMENT – 2
Cause No.: 2:21-cv-01244-BJR

3311678 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing *NOTICE OF SETTLEMENT* on the following individuals in the manner indicated:

| | |
|---|---|
| Mr. John M. Silk<br>Ms. Lisa C. Neal<br>Wilson Smith Cochran Dickerson<br>1000 Second Ave., Suite 2050<br>Seattle, WA  98104<br><br>(X) Via Email<br>(X) Via ECF | Mr. Kevin H. Marino<br>Mr. John D. Tortorella<br>Mr. John A. Boyle<br>Marino, Tortorella & Boyle, P.C.<br>437 Southern Blvd.<br>Chatham, NJ  07928<br><br>(X) Via Email<br>(X) Via ECF |
| Mr. Ronald Berenstain<br>Mr. Sean C. Knowles<br>Mr. Joseph E. Bringman<br>Perkins Coie, LLP<br>1201 Third Ave., Suite 4900<br>Seattle, WA  98101<br><br>(X) Via Email<br>(X) Via ECF | Mr. Michael F. Perlis<br>Mr. Richard R. Johnson<br>Kaufman Borgeest & Ryan LLP<br>21700 Oxnard St., Suite 1450<br>Woodland Hills, CA  91367<br><br>(X) Via Email<br>(X) Via ECF |

**SIGNED** this 15th day of September, 2022, at Seattle, Washington.

*s/Abbie L. Robinson*
Abbie L. Robinson

NOTICE OF SETTLEMENT – 3
Cause No.:  2:21-cv-01244-BJR

3311678 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX