Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, a New York company; MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MATT GODDEN, an individual; HARLEY FRANCO, an individual; HMS PARTNERS, LLC, a Washington company,<br><br>Defendants. | No. 2:21-cv-01244-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS** |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate as follows:

1. That all claims and counterclaims in the current action may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

2. The parties acknowledge that coverage issues may exist with respect to other underlying suits involving Harley Franco, including but not limited to the 2019 action titled *Franco v. Harley Marine Services, Inc. et al.*, Superior Court of Washington, King County (cause no. 19-2-10851-7SEA), and nothing in this Stipulation and Order of Dismissal of All Claims for
STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 1
Cause No.: 2:21-cv-01244-BJR

3346943 / 734.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

the current action is intended to preclude on the basis of *res judicata*, claim splitting or claim preclusion any party from bringing an action in any court to resolve the coverage issues for any other underlying suit.

//

DATED this 30th day of November 2022.

FORSBERG & UMLAUF, P.S.

_[signature]_

Ryan J. Hesselgesser, WSBA #40720
Sally A. Clements, WSBA #54502
Attorneys for Plaintiff Atlantic Specialty Insurance Company

DATED this 30th day of November 2022.

KAUFMAN BORGEEST & RYAN LLP

s/Michael F. Perlis email approval attached
Michael F. Perlis, Admitted Pro Hac Vice
Attorneys for Markel American Insurance

DATED this 30th day of November 2022.

MARINO, TORTORELLA & BOYLE, P.C.

_[signature]_

Kevin H. Marino, Admitted Pro Hac Vice
John D. Tortorella, Admitted Pro Hac Vice
John A. Boyle, Admitted Pro Hac Vice
Attorneys for Defendant Matt Godden

DATED this 30th day of November 2022.

WILSON SMITH COCHERN DICKERSON

s/Lisa C. Neal email approval attached

Lisa C. Neal, WSBA #25686
John M. Silk, WSBA #15035
Attorneys for Plaintiff Markel American Insurance Company

DATED this 30th day of November 2022.

PERKINS COIE LLP

_Joseph E. Bringman_
Ronald L. Berenstain, WSBA #7573
Sean C. Knowles, WSBA #39893
Joseph E. Bringman, WSBA #15236
Attorneys for Defendant Matt Godden

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 2
Cause No.: 2:21-cv-01244-BJR

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

3346943 / 734.0001

# ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims and counterclaims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DONE this _____ day of _____, 2022.

_____
The Honorable Barbara J. Rothstein
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*[signature]*

_____
Ryan J. Hesselgesser, WSBA #40720
Sally A. Clements, WSBA #54502
Attorneys for Plaintiff Atlantic Specialty
Insurance Company


WILSON SMITH COCHERN DICKERSON

s/Lisa C. Neal email approval attached
_____
Lisa C. Neal, WSBA #25686
John M. Silk, WSBA #15035
Attorneys for Plaintiff Markel American
Insurance Company


KAUFMAN BORGEEST & RYAN LLP

s/Michael F. Perlis email approval attached
_____
Michael F. Perlis, Admitted Pro Hac Vice
Attorneys for Plaintiff Markel American
Insurance Company

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 3
Cause No.: 2:21-cv-01244-BJR

3346943 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

PERKINS COIE LLP

*/s/ Joseph E. Bringman*

Ronald L. Berenstain, WSBA #7573
Sean C. Knowles, WSBA #39893
Joseph E. Bringman, WSBA #15236
Attorneys for Defendant Matt Godden


MARINO, TORTORELLA & BOYLE, P.C.

*/s/ Kevin H. Marino*

Kevin H. Marino, Admitted Pro Hac Vice
John D. Tortorella, Admitted Pro Hac Vice
John A. Boyle, Admitted Pro Hac Vice
Attorneys for Defendant Matt Godden

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 4
Cause No.: 2:21-cv-01244-BJR

3346943 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

# Marissa C. Califano

| | |
|---|---|
| **From:** | Neal, Lisa C <L.Neal@wscd.com> |
| **Sent:** | Wednesday, November 30, 2022 11:51 AM |
| **To:** | Marissa C. Califano |
| **Cc:** | Ryan J. Hesselgesser; Sally A. Clements; Neal, Lisa C |
| **Subject:** | RE: Atlantic Specialty Insurance v. Godden et al. - ER 408 Settlement Communication |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you – you may sign for Mike Perlis and for Lisa Neal.  Lisa

**From:** Marissa C. Califano <MCalifano@foum.law>
**Sent:** Wednesday, November 30, 2022 10:23 AM
**To:** Neal, Lisa C <L.Neal@wscd.com>
**Cc:** Ryan J. Hesselgesser <rhesselgesser@foum.law>; Sally A. Clements <sclements@foum.law>
**Subject:** RE: Atlantic Specialty Insurance v. Godden et al. - ER 408 Settlement Communication

Good morning,

Attached is the final version of the stipulation and order of dismissal for your review.

Thank you,

**Marissa C. Califano**
Legal Assistant

**Forsberg & Umlauf, P.S.**
**901 Fifth Avenue, Suite 1400**
**Seattle, WA 98164**
OFFICE   206-689-8500
FAX        206-689-8501
EMAIL    MCalifano@foum.law

