**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, a New York company; MARKEL AMERICAN INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MATT GODDEN, an individual; HARLEY FRANCO, an individual; HMS PARTNERS, LLC, a Washington company,<br><br>Defendants. | No. 2:21-cv-01244-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS** |

### **STIPULATION**

The parties, by and through their respective counsel, hereby stipulate as follows:

1. That all claims and counterclaims in the current action may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

2. The parties acknowledge that coverage issues may exist with respect to other underlying suits involving Harley Franco, including but not limited to the 2019 action titled *Franco v. Harley Marine Services, Inc. et al.*, Superior Court of Washington, King County (cause no. 19-2-10851-7SEA), and nothing in this Stipulation and Order of Dismissal of All Claims for

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 1
Cause No.: 2:21-cv-01244-BJR

3346943 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

the current action is intended to preclude on the basis of *res judicata*, claim splitting or claim preclusion any party from bringing an action in any court to resolve the coverage issues for any other underlying suit.

//

DATED this ____ day of November 2022.

FORSBERG & UMLAUF, P.S.

_____
Ryan J. Hesselgesser, WSBA #40720
Sally A. Clements, WSBA #54502
Attorneys for Plaintiff Atlantic Specialty Insurance Company

DATED this ____ day of November 2022.

WILSON SMITH COCHERN DICKERSON

_____
Lisa C. Neal, WSBA #25686
John M. Silk, WSBA #15035
Attorneys for Plaintiff Markel American Insurance Company

DATED this ____ day of November 2022.

KAUFMAN BORGEEST & RYAN LLP

_____
Michael F. Perlis, Admitted Pro Hac Vice
Attorneys for Markel American Insurance

DATED this ____ day of November 2022.

PERKINS COIE LLP

_____
Ronald L. Berenstain, WSBA #7573
Sean C. Knowles, WSBA #39893
Joseph E. Bringman, WSBA #15236
Attorneys for Defendant Matt Godden

DATED this ____ day of November 2022.

MARINO, TORTORELLA & BOYLE, P.C.

_____
Kevin H. Marino, Admitted Pro Hac Vice
John D. Tortorella, Admitted Pro Hac Vice
John A. Boyle, Admitted Pro Hac Vice
Attorneys for Defendant Matt Godden

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 2
Cause No.: 2:21-cv-01244-BJR

3346943 / 734.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

# ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims and counterclaims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this 7th day of December, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

FORSBERG & UMLAUF, P.S.

_____
Ryan J. Hesselgesser, WSBA #40720
Sally A. Clements, WSBA #54502
Attorneys for Plaintiff Atlantic Specialty Insurance Company

WILSON SMITH COCHERN DICKERSON

_____
Lisa C. Neal, WSBA #25686
John M. Silk, WSBA #15035
Attorneys for Plaintiff Markel American Insurance Company

KAUFMAN BORGEEST & RYAN LLP

_____
Michael F. Perlis, Admitted Pro Hac Vice

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 3
Cause No.: 2:21-cv-01244-BJR

3346943 / 734.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

1  Attorneys for Plaintiff Markel American Insurance Company

2

3  PERKINS COIE LLP

4  _____
   Ronald L. Berenstain, WSBA #7573
   Sean C. Knowles, WSBA #39893
5  Joseph E. Bringman, WSBA #15236
   Attorneys for Defendant Matt Godden

6

7  MARINO, TORTORELLA & BOYLE, P.C.

8  _____
   Kevin H. Marino, Admitted Pro Hac Vice
9  John D. Tortorella, Admitted Pro Hac Vice
   John A. Boyle, Admitted Pro Hac Vice
10 Attorneys for Defendant Matt Godden

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS – 4
Cause No.:  2:21-cv-01244-BJR

3346943 / 734.0001

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX